# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Anastacio Lemus Lopez, | Case No. 17-cv-01179-PAM-TNL |
| Plaintiff, | |
| v. | **DECLARATION OF MICHAEL S. MARTINEZ IN SUPPORT OF PLAINTIFF ANASTACIO LOPEZ'S RESPONSE TO DEFENDANT MINNESOTA SPORTS FACILITIES AUTHORITY'S MOTION TO DISMISS** |
| Minnesota Vikings Football Club, LLC, et al., | |
| Defendants, | |
| and | |
| SMG, | |
| Cross-claim Plaintiff, | |
| v. | |
| City of Minneapolis, | |
| Cross-claim Defendant. | |

I, Michael S. Martinez, declare:

1.I am licensed to practice law in the State of Texas and am admitted *pro hac vice* to practice before the United States District Court for the District of Minnesota.I am an attorney at Martinez Hsu, P.C.

2.I represent Anastacio Lopez ("Plaintiff") with respect to this litigation. I submit this declaration in support of the Plaintiff's Response to Defendant

1

Minnesota Sports Facilities Authority's Motion to Dismiss the First Amended Complaint.

3. Attached as Exhibit 1 is a true and correct copy of the Management and Pre-Opening Services Agreement Between Minnesota Sports Facilities Authority and SMG, dated August 22, 2014, which Plaintiff was provided in discovery in this case.

4. Attached as Exhibit 2 is a true and correct copy of a StarTribune.com article entitled "U.S. Bank Stadium security firm is fired after investigation," published September 27, 2017 at 10:26 am at http://www.startribune.com/security-firm-at-u-s-bank-stadium-is-fired/447991883.

5. Attached as Exhibit 3 is a true and correct copy of a GoMN.com article entitled "Chicago firm wins security contract for U.S. Bank Stadium," published March 12, 2016 at https://www.gomn.com/sports/chicago-firm-wins-security-contract-for-u-s-bank-stadium.

6. Attached as Exhibit 4 is a true and correct copy of a KTSP.com article entitled "Monterrey Security Focus of Fraud Investigation for Alleged Billing Discrepancies," published October 12, 2017 at 10:36 am at http://kstp.com/news/monterrey-security-focus-of-fraud-investigation-alleged-billing-discrepancies/4632411.

7.      Attached as Exhibit 5 is a true and correct copy of a Pioneer Press / TwinCities.com article entitled "U.S. Bank Stadium's security company gets sacked over hiring and training irregularities," published September 26, 2017 at 12:35 pm and updated September 27, 2017 at 10:40 am at https://www.twincities.com/2017/09/26/security-company-for-u-s-bank-stadium-fired.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 4, 2018                     s/ Michael S Martinez
                                                                                  Michael S. Martinez