# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Anastacio Lemus Lopez, | Case No. 17-cv-01179-PAM-TNL |
| Plaintiff, | |
| vs. | **DECLARATION OF CHRISTIANA M. MARTENSON** |
| Minnesota Vikings Football Club, LLC et al., | |
| Defendants. | |

Christiana M. Martenson hereby declares:

1. I am an attorney in the Civil Division of the Hennepin County Attorney's Office, and I am one of the attorneys representing Defendants Hennepin County, Hennepin County Administrator David J. Hough, Hennepin County Sheriff Richard W. Stanek, and Hennepin County Attorney Michael O. Freeman in the above-referenced matter. The following information is based on my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the Complaint and Order of Detention filed in Minnesota Fourth Judicial District Court File No. 27-CR-16-31186. For privacy, I have redacted Plaintiff Anastacio Lemus Lopez's date of birth.

3. Attached as Exhibit 2 is a true and correct copy of *Gerads v. Stearns Cty.*, No. C6-98-166, 1998 WL 436914 (Minn. Ct. App. Aug. 4, 1998), which I obtained from the Westlaw legal research database.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 5, 2018            *s/ Christiana M. Martenson*
                                      Christiana M. Martenson
                                      Assistant Hennepin County Attorney