| | |
|---|---|
| **From:** | Courtney Burns <cburns@mhlegalgroup.com> |
| **Sent:** | Monday, April 9, 2018 11:09 AM |
| **To:** | 'Kevin A. Pacini'; Daniel R. Haller; Donald G. Heeman; 'Genevieve M. LeFevour'; Jessica J. Nelson |
| **Cc:** | 'Michael Nadimi'; 'Michael Nadimi'; 'Michael S. Martinez' |
| **Subject:** | RE: Lopez v. Vikings et al. (17-cv-01179) - Plaintiff's discovery responses to Vikings et al |

Mr. Pacini,

I am checking on both items and will get you a response asap.

Sincerely,

**Courtney E. Burns**
Associate Attorney



4001 Airport Freeway, Suite 150
Bedford, Texas 76021
Phone: 682-224-7810
Fax: 682-730-8998
Email: cburns@mhlegalgroup.com
Visit us at http://mhlegalgroup.com

The contents of this e-mail and its attachments are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.

**From:** Kevin A. Pacini <pacinik@jbltd.com>
**Sent:** Friday, April 6, 2018 5:40 PM
**To:** Courtney Burns <cburns@mhlegalgroup.com>; 'Daniel Robert Moses Haller' <dhaller@felhaber.com>; 'Donald G Heeman' <dheeman@felhaber.com>; Genevieve M. LeFevour <lefevourg@jbltd.com>; 'Jessica J Nelson' <jnelson@felhaber.com>
**Cc:** 'Michael Nadimi' <nadimi.michael@gmail.com>; Michael Nadimi <mail@nadimilaw.com>; Michael S. Martinez <msmartinez@mhlegalgroup.com>
**Subject:** RE: Lopez v. Vikings et al. (17-cv-01179) - Plaintiff's discovery responses to Vikings et al

Ms. Burns,

Thank you for sending Plaintiff's responses to discovery. In reviewing them, I noticed that there was not signature or verification as to the truth or accuracy of the answers from your client. Please let me know if I am missing something.



Additionally, I wanted to follow up with you regarding the medical records authorizations/releases so that we can obtain copies of the medical records relevant to the treatment Mr. Lopez sought in connection to the injuries alleged in this case.  please let me know where we stand on this issue.

Thank you.

---

**From:** Courtney Burns [mailto:cburns@mhlegalgroup.com]
**Sent:** Thursday, April 05, 2018 9:00 PM
**To:** 'Christiana Martenson'; 'Daniel Robert Moses Haller'; 'Donald G Heeman'; Genevieve M. LeFevour; 'Ivan M Ludmer'; 'James W Keeler Jr'; 'Jessica J Nelson'; Kevin A. Pacini; 'Sara J Lathrop'
**Cc:** 'Michael Nadimi'; Michael Nadimi; Michael S. Martinez
**Subject:** Lopez v. Vikings et al. (17-cv-01179) - Plaintiff's discovery responses to Vikings et al

Counsel,

Please find attached Plaintiff's responses to the discovery served by the Vikings, Stadium, SMG, Monterrey, and Hodynsky.

Sincerely,

**Courtney E. Burns**
Associate Attorney



4001 Airport Freeway, Suite 150
Bedford, Texas 76021
Phone: 682-224-7810
Fax: 682-730-8998
Email: cburns@mhlegalgroup.com
Visit us at http://mhlegalgroup.com

The contents of this e-mail and its attachments are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.

Kevin A. Pacini, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
D: **(312) 984-0214**
pacinik@jbltd.com | www.johnsonandbell.com

_____

All contents of this e-mail and any attachment are private &; confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.