| Description | Debit | Credit | Balance |
|---|---|---|---|
| **November 30, 2016** | | | |
| ██████████████████████████████████████ | | | |
| POS Purchase REDNECK HEAVEN FOR FORT WORTH TX US, 11-29-2016 @ 21:06 Trace #:112921065504049836 1201 | -$17.99 | | ████ |
| **November 29, 2016** | | | |
| POS Purchase WM SUPERCENTER # THE COLONY TX US, 11-29-2016 @ 22:09 Trace #:112922093300041033 1130 | -$36.49 | | ████ |
| ██████████████████████████████████████ | | | |
| POS Purchase LOVES TRAVEL ST MIDLAND TX US, 11-29-2016 @ 13:15 Trace #:112913150000898434 1129 | -$7.62 | | ████ |

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

| Description | Debit | Credit | Balance |
|---|---|---|---|
| **December 7, 2016** | | | |
| POS Purchase MIDLAND MEMORIAL HSPTLMIDLAND TX US , 12-06-2016 @ 9:46 Trace #:120609460204219666 1207 | -$17.35 | | ▮ |
| **December 5, 2016** | | | |
| POS Purchase GPS*COMMISSARY PAYMEN 888-6047888 IN US , 12-03-2016 @ 10:08 Trace #:120310084004824112 1205 | -$107.95 | | |
| POS Purchase GPS*COMMISSARY PAYMEN 888-6047888 IN US , 12-03-2016 @ 10:05 Trace #:120310054004116212 1205 | -$107.95 | | |
| **December 4, 2016** | | | |
| POS Purchase CHEVRON/KENT KWIK 318 MIDLAND TX US , 12-04-2016 @ 16:42 Trace #:120416420056218100 1205 | -$45.98 | | |
| **December 3, 2016** | | | |
| POS Purchase QUIKTRIP THE COLONY TX US , 12-03-2016 @ 13:31 Trace #:120313310000026229 1203 | -$45.98 | | |
| POS Purchase MT HIAW TVM NICOLET MAMINNEAPOLIS MN US , 12-02-2016 @ 12:04 Trace #:120212044204940114 1204 | -$12.00 | | |
| POS Purchase RADISSON BLU MINNEAPOLMINNEAPOLIS MN US , 12-02-2016 @ 11:08 Trace #:120211081404239853 1204 | -$743.98 | | |
| POS Purchase HUDSON NEWS ST1532 SAINT PAUL MN US , 12-02-2016 @ 13:00 Trace #:120213002104114239 1204 | -$15.93 | | |
| **December 2, 2016** | | | |
| POS Purchase BUDGET RENT-A-CAR SAINT PAUL MN US , 12-01-2016 @ 11:19 Trace #:120111192604350342 1203 | -$268.01 | | |
| POS Purchase ARAMARK US BNK STD CONMINNEAPOLIS MN US , 12-01-2016 @ 20:33 Trace #:120120333804405622 1203 | -$20.00 | | |
| POS Purchase ARAMARK US BNK STD CONMINNEAPOLIS MN US , 12-01-2016 @ 19:03 Trace #:120119034904248532 1203 | -$17.50 | | |
| **December 1, 2016** | | | |
| FTF XXX167-001 to checking , 12-01-2016 @ 10:17 | | $100.00 | |

Amended Production000002