| | |
|---|---|
| From: | Michael S. Martinez |
| To: | Ludmer, Ivan |
| Cc: | Nadimi Law; Courtney Burns; Jessica J. Nelson; Daniel R. Haller; lefevourg@jbltd.com; Donald G. Heeman; Lathrop, Sara J; Robertson, Heather P. |
| Subject: | Re: FW: service email - Lopez |
| Date: | Friday, August 03, 2018 4:03:18 PM |
| Attachments: | image002.gif |

Ivan,

I'm out of the office today but I will look into this and let you know early next week.

Mike

On Fri, Aug 3, 2018, 3:54 PM Ludmer, Ivan <ivan.ludmer@minneapolismn.gov> wrote:

> Michael, Courtney, and Michael,
>
> We still have not received a response or documents addressing the items in the attached June 7, 2018 letter, and so have scheduled a motion to compel hearing on Wednesday, August 22, 2018, at 1:30.
>
> I believe we have met all meet-and-confer requirements with our previous unanswered correspondence. We will be asking for attorneys' fees incurred with respect to the discovery deficiencies described in the letter. This email is to give one more opportunity to remedy them and avoid that request before we incur further fees on this matter.
>
> Thanks,
>
> Ivan
>
> **Ivan Ludmer** | Assistant City Attorney, City of Minneapolis
>
> *gender pronouns: he/him/his\**
>
> 350 South Fifth Street, Room 210
>
> Minneapolis, MN 55415
>
> T 612-673-2478   F 612-673-3362
>
> *Why this matters

**From:** Lathrop, Sara J
**Sent:** Wednesday, June 20, 2018 11:40 AM
**To:** Michael Martinez <msmartinez@mhlegalgroup.com>; mail@nadimilaw.com; cburns@mhlegalgroup.com
**Cc:** 'Jessica J. Nelson' <JNelson@Felhaber.com>; 'Daniel R. Haller' <DHaller@Felhaber.com>; lefevourg@jbltd.com; pacinik@jbltd.com; 'Donald G. Heeman' <DHeeman@Felhaber.com>; Ludmer, Ivan <ivan.ludmer@minneapolismn.gov>; Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Subject:** RE: service email - Lopez

Dear Michael, Michael and Courtney:

We have not received a response of any kind to my June 7 letter. Our office's letters, and these emails, and our phone calls, have been attempts to meet and confer on these issues. We plan to move to compel and would ask the Court to hear our motion at the time same time as your motion to amend the scheduling order. We hope that the Court's intervention will not be necessary.

Relatedly, using the authorization you provided, we have been trying to obtain Mr. Lopez's treatment records from Jerri Kounce with no success. Have you obtained his records from this provider? If so please produce them today.

Thank you,

Sara

---

Sara J. Lathrop

*Assistant City Attorney*

City of Minneapolis – City Attorney's Office

350 S. Fifth St. – Room 210

Minneapolis, MN 55415

Office: 612-673-2072

sara.lathrop@minneapolismn.gov

**From:** Lathrop, Sara J
**Sent:** Thursday, June 07, 2018 3:47 PM
**To:** 'Michael Martinez' <msmartinez@mhlegalgroup.com>; mail@nadimilaw.com
**Cc:** 'Christiana M Martenson' <Christiana.Martenson@hennepin.us>; 'Jessica J. Nelson' <JNelson@Felhaber.com>; 'Daniel R. Haller' <DHaller@Felhaber.com>; lefevourg@jbltd.com; 'James Keeler' <James.Keeler@hennepin.us>; pacinik@jbltd.com; 'Donald G. Heeman' <DHeeman@Felhaber.com>; Ludmer, Ivan <ivan.ludmer@minneapolismn.gov>; Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>; cburns@mhlegalgroup.com
**Subject:** service email - Lopez

Hi Michael and Michael,

Please see the attached correspondence in the Lopez matter.  Thank you.

Sara

---

Sara J. Lathrop

*Assistant City Attorney*

City of Minneapolis – City Attorney's Office

350 S. Fifth St. – Room 210

Minneapolis, MN 55415

Office: 612-673-2072

sara.lathrop@minneapolismn.gov

**From:** Michael Martinez [mailto:msmartinez@mhlegalgroup.com]
**Sent:** Friday, June 01, 2018 9:32 PM
**To:** Lathrop, Sara J <Sara.Lathrop@minneapolismn.gov>
**Cc:** mail@nadimilaw.com; 'Christiana M Martenson' <Christiana.Martenson@hennepin.us>; 'Jessica J. Nelson' <JNelson@Felhaber.com>; 'Daniel R. Haller' <DHaller@Felhaber.com>; lefevourg@jbltd.com; 'James Keeler' <James.Keeler@hennepin.us>; pacinik@jbltd.com; 'Donald G. Heeman' <DHeeman@Felhaber.com>; Ludmer, Ivan <ivan.ludmer@minneapolismn.gov>; Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>; cburns@mhlegalgroup.com
**Subject:** Lopez v. MN Vikings Football Stadium, et al., No. 17-cv-1179 - Plaintiff's Amended Discovery Responses to City of Minneapolis Defendants

Sara,

Please find attached Plaintiff's Amended Discovery Responses. (verification page for Interrogatories to follow as well as supplemental discovery production)

Thanks,

Mike

Michael S. Martinez

Martinez Hsu, P.C.

4001 Airport Freeway, Ste 150

Bedford, Texas 76021

682-224-7810

The information contained in this email may be Privileged and Confidential, and is intended only for the use of the individuals named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with this transmission, please notify us immediately by telephone: 682-224-7810

**From:** Lathrop, Sara J <Sara.Lathrop@minneapolismn.gov>
**Sent:** Friday, June 1, 2018 9:07 AM

**To:** Courtney Burns <cburns@mhlegalgroup.com>
**Cc:** 'Michael Martinez' <msmartinez@mhlegalgroup.com>; mail@nadimilaw.com; Christiana M Martenson <Christiana.Martenson@hennepin.us>; Jessica J. Nelson <JNelson@Felhaber.com>; Daniel R. Haller <DHaller@Felhaber.com>; lefevourg@jbltd.com; James Keeler <James.Keeler@hennepin.us>; pacinik@jbltd.com; Donald G. Heeman <DHeeman@Felhaber.com>; Ludmer, Ivan <ivan.ludmer@minneapolismn.gov>; Robertson, Heather P. <Heather.Robertson@minneapolismn.gov>
**Subject:** RE: [External] Plaintiff's Motion to Amend Scheduling Order - Lopez v. MN Vikings Football Stadium, et al., No. 17-cv-1179 (PAM/TNL)

Courtney,

The City Defendants also oppose Plaintiff's proposed modification of the scheduling order.

Thank you,

Sara

Sara J. Lathrop

*Assistant City Attorney*

City of Minneapolis – City Attorney's Office

350 S. Fifth St. – Room 210

Minneapolis, MN 55415

Office: 612-673-2072

sara.lathrop@minneapolismn.gov

**From:** Jessica J. Nelson [mailto:JNelson@Felhaber.com]
**Sent:** Friday, June 01, 2018 8:26 AM
**To:** Christiana M Martenson; Courtney Burns; Lathrop, Sara J; Ludmer, Ivan; Daniel R. Haller; lefevourg@jbltd.com; pacinik@jbltd.com; James Keeler; Donald G. Heeman
**Cc:** 'Michael Martinez'; mail@nadimilaw.com
**Subject:** RE: [External] Plaintiff's Motion to Amend Scheduling Order - Lopez v. MN Vikings Football Stadium, et al., No. 17-cv-1179 (PAM/TNL)

Good morning,

The defendants we represent also oppose Plaintiff's proposed modification of the scheduling order.

Jessica J. Nelson
Attorney

220 South 6th Street, Suite 2200, Minneapolis, MN 55402
Direct: 612.373.8419 | Main: 612.339.6321 | Fax: 612.338.0535
jnelson@felhaber.com
www.felhaber.com

*Follow us on social media.*

**Confidentiality Notice:** This is a confidential communication from a law firm to the intended recipient. If you have received it by mistake, please delete it and notify the sender. Thank you.

---

**From:** Christiana M Martenson [mailto:Christiana.Martenson@hennepin.us]
**Sent:** Thursday, May 31, 2018 5:07 PM
**To:** Courtney Burns; Jessica J. Nelson; Sara Lathrop; ivan.ludmer@minneapolismn.gov; Daniel R. Haller; lefevourg@jbltd.com; pacinik@jbltd.com; James Keeler; Donald G. Heeman
**Cc:** 'Michael Martinez'; mail@nadimilaw.com
**Subject:** RE: [External] Plaintiff's Motion to Amend Scheduling Order - Lopez v. MN Vikings Football Stadium, et al., No. 17-cv-1179 (PAM/TNL)

Dear Courtney,

Thanks for your email. The Hennepin County Defendants oppose the Plaintiff's proposed modification of the scheduling order.

Thank you,

Christy

**Christy Martenson**

Assistant County Attorney

Hennepin County Attorney's Office - Civil Division

A-2000 Government Center

300 South Sixth Street

Minneapolis, MN 55487

Ph: 612-348-5506

Fx: 612-348-8299

christiana.martenson@hennepin.us

**From:** Courtney Burns <cburns@mhlegalgroup.com>
**Sent:** Wednesday, May 30, 2018 5:01 PM
**To:** 'Jessica J. Nelson' <JNelson@Felhaber.com>; Sara Lathrop <Sara.Lathrop@minneapolismn.gov>; ivan.ludmer@minneapolismn.gov; 'Daniel R. Haller' <DHaller@Felhaber.com>; lefevourg@jbltd.com; pacinik@jbltd.com; James Keeler <James.Keeler@hennepin.us>; Christiana M Martenson <Christiana.Martenson@hennepin.us>; 'Donald G. Heeman' <DHeeman@Felhaber.com>
**Cc:** 'Michael Martinez' <msmartinez@mhlegalgroup.com>; mail@nadimilaw.com
**Subject:** [External] Plaintiff's Motion to Amend Scheduling Order - Lopez v. MN Vikings Football Stadium, et al., No. 17-cv-1179 (PAM/TNL)

Counsel,

Please consider this Mr. Martinez's meet and confer regarding Plaintiff's motion to amend the scheduling order (in addition to the discussions via phone calls and emails regarding these dates). He plans to file the attached memorandum with a motion to amend tomorrow. Please let him know if you do not agree to any part of the requested changes, or if you agree to parts, please indicate which ones.

Thank you,

**Courtney E. Burns**
Associate Attorney

**Martinez Hsu**

A Professional Corporation

4001 Airport Freeway, Suite 150

Bedford, Texas 76021

Phone: 682-224-7810
Fax: 682-730-8998
Email: cburns@mhlegalgroup.com
Visit us at http://mhlegalgroup.com

The contents of this e-mail and its attachments are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.


***CAUTION: This email was sent from outside of Hennepin County. Unless you recognize the sender and know the content, do not click links or open attachments.***


**Disclaimer:** If you are not the intended recipient of this message, please immediately notify the sender of the transmission error and then promptly delete this message from your computer system.


Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more **Click Here**


Virus-free. www.avg.com